**Order entered December 22, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00999-CR

**JACKY SCOTT GARRETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-81797-2012**

## ORDER

The Court has before it appellant's December 21, 2015 motion to extend the time for filing a reply brief. In the motion, appellant asks to file his reply brief no later than January 27, 2016. This case, however, is set for submission January 6, 2016. Therefore, we **GRANT** appellant's request to the extent his reply brief is **DUE** no later than 5:00 p.m. January 5, 2016. Any reply brief filed after that date shall not be considered.

/s/     MOLLY FRANCIS
JUSTICE